1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11  MR. ALDEN ALEXANDER THOMAS, SR.,    )      Case No. CV 13-5982-DSF(AJW)
                                        )
12           Petitioner,                )
                                        )
13       v.                             )
                                        )      JUDGMENT
14  WARDEN TIM J. OCHOA, et al.,        )
                                        )
15           Respondents.               )
    ────────────────────────────────────)

16

17      It is hereby adjudged that the petition for a writ of habeas

18  corpus is dismissed for lack of jurisdiction.

19

20  Dated:    9/3/13

21

22          _____
                         _Dale S. Fischer_
23                       Dale S. Fischer
                         United States District Judge

24

25

26

27

28